UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

VistaPrint Technologies Limited,

       Plaintiff,

v.                                                     Civil No. 07-2298 (JNE/JJK)
                                                      ORDER

123Print, Inc., Drawing Board (US),
Inc. (d/b/a/ Stationery House, Inc.),
and Taylor Strategic Accounts, Inc.,

       Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Jeffrey J. Keyes, United States Magistrate Judge, on July 24, 2008. The magistrate judge recommended that Plaintiff's Motion to Stay be granted. Defendants objected to the Report and Recommendation, and Plaintiff responded to the objections. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1.     Plaintiff's Motion to Stay this Action Pending Reexamination of U.S. Patent Nos. 6,247,011, 6,631,375, and 7,120,634 (patents-in-suit) by the PTO [Docket No. 94] is GRANTED and the action STAYED until October 3, 2008, on the condition that VistaPrint submits to the PTO a request for reexamination of the patents-in-suit on or before that date.

2.     If the condition set forth in paragraph 1 is met, this stay shall be automatically extended until the earlier of (a) a determination by the PTO that no substantial new question of patentability exists with respect to all of the patents-in-suit, or (b) the termination of all ensuing reexamination proceedings regarding the patents-in-suit.

Dated: September 2, 2008

                                                                             s/ Joan N. Ericksen
                                                                             JOAN N. ERICKSEN
                                                                             United States District Judge